**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR RAKOVITCH SERGEYVITCH, | No. 08-71078 |
| Petitioner, | |
| v. | Agency No. A079-523-963 |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 15, 2009 [**]

Before:      GOODWIN, WALLACE, and FISHER, Circuit Judges.

Victor Rakovitch Sergeyvitch, a native of Kazakhstan and citizen of Russia,

petitions for review of the Board of Immigration Appeals' ("BIA") order

dismissing his appeal from an immigration judge's ("IJ") decision denying his

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

NHY/Research

motion to reopen proceedings held in absentia. We have jurisdiction under 8

U.S.C. § 1252. Reviewing for abuse of discretion the denial of a motion to reopen,

*Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), we deny the petition for

review.

The IJ did not abuse his discretion in denying Sergeyvitch's motion to

reopen because written notice of the hearing was mailed to the most recent address

provided by Sergeyvitch. *See* 8 U.S.C. § 1229a(b)(5)(A); *see also In re Grijalva*,

21 I. & N. Dec. 27, 32-34 (BIA 1995) (proof of actual service or receipt of the

notice by the respondent is not required).

The BIA properly concluded that petitioner failed to show exceptional

circumstances for his absence on account of ineffective assistance by a non-

attorney because he failed to comply with the requirements set forth in *Matter of*

*Lozada*, 19 I. & N. Dec. 637 (BIA 1988), and the ineffective assistance is not plain

on the face of the record. *See Reyes v. Ashcroft*, 358 F.3d 592, 597-99 (9th Cir.

2004).

Contrary to Sergeyvitch's assertion, the BIA acted within its regulatory

authority in reviewing the IJ's factual findings for error. *See* 8 C.F.R.

§ 1003.1(d)(3)(I).

We grant Petitioner's motion to expedite the petition for review.

**PETITION FOR REVIEW DENIED.**

# FILED

FEB 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FISHER, Circuit Judge, concurring:

I concur in the result reached by the majority.